# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER DIMAMBRO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | No. 3:13-CV-1072 (MPS) |

## RULING AND ORDER

*The Ruling and Order (ECF No. 28) of February 16, 2016, is VACATED and replaced with this Ruling and Order. The Judgment (ECF No 29) remains.*

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges, and in the absence of any objection from either party, the Court APPROVES AND ACCEPTS United States Magistrate Judge Donna F. Martinez's Recommended Ruling [doc. # 27]. The Court GRANTS Plaintiff's Motion to Reverse the Decision of the Commissioner [doc. # 14] and DENIES the Defendant's motion to affirm the decision of the Commissioner [doc. # 18]. The case is REMANDED to the Commissioner for further proceedings.

IT IS SO ORDERED.

/s/
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
          February 23, 2016